Case 2:11-cv-00179-WFN    Document 33    Filed 06/14/11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PETER A. TORKILD and JULIA A. TORKILD, a married couple,<br><br>                Plaintiffs,<br><br>  -vs-<br><br>THE DEPARTMENT OF FINANCIAL INSTITUTIONS, a Washington State Agency; and THE WASHINGTON STATE OFFICE OF THE ATTORNEY GENERAL, a Washington State Agency,<br><br>                Defendants. | NO.   CV-11-0179-WFN<br><br>ORDER DENYING PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION |

A motion hearing was held on June 14, 2011. Plaintiffs Peter and Julia Torkild appeared in person, acting *pro se*; Heather Polz and Jean Wilkinson appeared telephonically, representing the Defendants.

The Court addressed Plaintiffs' Application for a Preliminary Injunction (ECF No. 7). The Court has reviewed the file and the motion and is fully informed. This Order is entered to memorialize the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that Plaintiffs' Application for a Preliminary Injunction, filed May 9, 2011, **ECF No. 7**, is **DENIED** for the reasons stated on the record.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 14th day of June, 2011.

                                            s/ Wm. Fremming Nielsen
                                          WM. FREMMING NIELSEN
06-14-11                          SENIOR UNITED STATES DISTRICT JUDGE