UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PETER A. TORKILD and JULIA A. TORKILD, a married couple,<br><br>    Plaintiffs,<br><br>  -vs-<br><br>THE DEPARTMENT OF FINANCIAL INSTITUTIONS, a Washington State Agency; and THE WASHINGTON STATE OFFICE OF THE ATTORNEY GENERAL, a Washington State Agency,<br><br>    Defendants, | NO.   CV-11-0179-WFN<br><br>ORDER ON STIPULATION TO DISMISS WITH PREJUDICE |

Before the Court is the parties' Stipulation of Dismissal With Prejudice (ECF No. 37). The parties to this matter, Plaintiffs Peter A. Torkild and Julia A. Torkild, *pro se*, and the Defendants State of Washington, Department of Financial Institutions ("DFI") and Office of the Attorney General ("AGO"), acting by and through Robert M. McKenna, Attorney General, and Heather L. Polz, Assistant Attorney General, have agreed to stipulate to the dismissal of this case with prejudice based on the following terms:

As of the date that this stipulation is approved by the Court, the DFI and AGO agree to provide notice to the Torkilds of future records requests under the Public Records Act that refer to Peter or Julia Torkild. Specifically, notice will be provided of public record requests or subpoenas seeking records created or collected by the DFI and/or AGO that refer to the DFI's investigation of Peter or Julia Torkild (investigation numbers C-06-108 and C-08-249) and the AGO's prosecution of the Torkilds (Skagit County Cause Nos. 07-1-01142-0,

ORDER ON STIPULATION TO DISMISS WITH PREJUDICE- 1

1 07-1-01144-6, 07-1-01145-4, and 07-1-01143-8 - formerly Whatcom County Cause Nos. 07-1-00520-2, 07-1-00521-1, 07-1-00522-9, and 07-1-00523-7).  However, notice will not be provided of any request or subpoena that only seeks pleadings that have been filed with a court.

Notice to the Torkilds will be sent at least 20 days prior to records being produced in response to a public records request or a subpoena.  Such notice will be provided until the records identified in the preceding paragraph are destroyed pursuant to records retention requirements provided by law.  Unless required to do so otherwise under law, including because of pending public records requests, pending subpoenas, or ongoing or threatened litigation, the DFI and AGO agree to destroy the records in the paper and electronic files of the above listed matters once their minimum record retention period has expired.

The DFI and AGO agree to provide such notice to Peter Torkild and Julia Torkild, separately, in writing by U.S. mail at the following address: 4727 Owens Road #11, Moses Lake, WA  98837.  If the Torkilds wish to change the address at which they receive notice, they must provide such new addresses in writing to the DFI and AGO at the following addresses:

>Washington State Attorney General's Office
>Public Records - Olympia
>Administration Division
>Highways-Licenses Building
>1125 Washington Street SE
>P.O. Box 40100
>Olympia, WA  98504-0100

>Washington State Department of Financial Institutions
>Public Records Officer
>P.O. Box 41200
>Olympia, WA  98504-1200

The written change of address request shall contain the statement that "Pursuant to an Agreed Stipulation and Order entered in Case No. CV-11-179-WFN, notice of a public records request shall be sent to the Torkilds at [insert new address]."

ORDER ON STIPULATION TO DISMISS WITH PREJUDICE- 2

1   The Court has reviewed the file and is fully informed. Accordingly,

2   **IT IS ORDERED** that:

3   1.  The Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

4   2.  Each party shall bear their own attorney's fees and costs.

5   The District Court Executive is directed to file this Order, provide copies to counsel

6   and **CLOSE THIS FILE**.

7   **DATED** this 6th day of March, 2012.

10  03-02-12

<pre>
                                    s/ Wm. Fremming Nielsen
                                  _____
                                    WM. FREMMING NIELSEN
                               SENIOR UNITED STATES DISTRICT JUDGE
</pre>

ORDER ON STIPULATION TO DISMISS WITH PREJUDICE- 3